**Ernest McGREGOR, Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Jo Anne B. Barnhart, Defendant–Appellee.**

No. 08–3954–cv.

United States Court of Appeals, Second Circuit.

Sept. 14, 2009.

Jaya A. Shurtliff, Olinsky & Shurtliff, Syracuse, NY, for Appellant.

John M. Kelly, Special Assistant United States Attorney, United States Attorney's Office for the Eastern District of New York, Mary Ann Sloan, Acting Chief Counsel–Region II Office of General Counsel, Social Security Administration, Of Counsel, New York, NY, for Andrew T. Baxter, Acting United States Attorney, Northern District of New York, Syracuse, NY, for Appellees.

Present GUIDO CALABRESI, JOSÉ A. CABRANES and PETER W. HALL, Circuit Judges.

### SUMMARY ORDER

Plaintiff-appellant Ernest McGregor challenges a June 5, 2008 judgment of the District Court affirming the decision of defendant-appellee the Commissioner of Social Security to deny disability benefits to plaintiff. On appeal, plaintiff argues that (1) the finding of the Administrative Law Judge ("ALJ") that plaintiff was not disabled was not supported by substantial evidence; (2) plaintiff was deprived of a full and fair hearing before the ALJ; and (3) the District Court did not conduct a *de novo* review of the report and recommendation of the magistrate judge in his case. We assume the parties' familiarity with the facts and procedural history of the case.

We have reviewed each of plaintiff's claims and find them to be without merit.

Substantially for the reasons stated by Magistrate Judge Homer in his careful and thoughtful report and recommendation of March 31, 2008, *see McGregor v. Comm'r of Soc. Sec.*, 06–cv–0147 (N.D.N.Y. March 31, 2008), which the District Court adopted, *see McGregor v. Comm'r of. Soc. Sec.*, 06–cv–0147 (N.D.N.Y. June 5, 2008), the June 5, 2008 judgment of the District Court is AFFIRMED.